**O**

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAW OFFICES OF BLOMBERG, BENSON & GARRETT, INC.,<br><br>            Plaintiff,<br>     v.<br><br>BRENDA LOVELL, et al.,<br><br>            Defendants. | Case No. 5:12-cv-00863-ODW (JCx)<br><br>**ORDER GRANTING UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES'S MOTION TO DISMISS AND REMANDING ACTION TO SAN BERNDARDINO COUNTY SUPERIOR COURT [6]** |

    Defendant Department of Health and Human Services's ("HHS") moves to dismiss Plaintiff Law Offices of Blomberg, Benson & Garrett's Complaint for lack of subject-matter jurisdiction. (Dkt. No. 6.) Because Plaintiff failed to oppose HHS's Motion, and for the reasons discussed in Defendant's papers, the Court **GRANTS** Defendant's Motion to Dismiss and **REMANDS** this action to San Bernardino Superior Court.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least 21 days prior to the date designated for hearing the motion. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." L.R. 7-12.

The hearing on Defendant's motion was set for August 20, 2012.  Plaintiff's opposition was therefore due by July 30, 2012.  As of the date of this Order, Plaintiff has not filed an opposition, nor any other filing that could be construed as a request for a continuance.  Plaintiff's failure to oppose may therefore be deemed consent to the granting of Defendant's Motion.

Nevertheless, the Court has reviewed Plaintiff's Complaint and considered the HHS's arguments in support of its Motion.  For the reasons discussed in the HHS's moving papers, the Court determines that it lacks subject-matter jurisdiction over HHS because HHS has not waived sovereign immunity.  The Court therefore **GRANTS** the Motion to Dismiss.  The August 20, 2012 hearing on this matter is **VACATED**, and no appearances are necessary.

In addition, HHS removed this action to federal court on grounds that "HHS is a federal agency, and is entitled to the federal defense of sovereign immunity and other federal defenses."  (Notice of Removal ¶ 3.)  HHS's dismissal from this action deprives this Court of the sole ground for federal question jurisdiction, and there is no indication that diversity jurisdiction exists in this matter.  Accordingly, the Court hereby **REMANDS** this action to the San Bernardino Superior Court.

**IT IS SO ORDERED.**

August 6, 2012

_____
**HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**